# *UNITED STATES DISTRICT COURT*
### *SOUTHERN DISTRICT OF OHIO*

### JUDGMENT IN A CIVIL CASE

| | | |
|---|---|---|
| Gary D. Hammond, | : | |
| Plaintiff | : | Civil Action 2:08-cv-01063 |
| v. | : | Judge Marbley |
| Fred Wilson, | : | Magistrate Judge Abel |
| Defendant | : | |

[] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

> IT IS ORDERED AND ADJUDGED That pursuant to the February 23, 2009 Opinion and Order the Report and Recommendation is ADOPTED. This action is hereby DISMISSED for failure to state a claim for relief against defendant.

Date: **February 23, 2009**          **James Bonini, Clerk**

                                           s/Betty L. Clark
                                           Betty L. Clark/Deputy Clerk